**UNIVERSITY OF PITTSBURGH MEDICAL CENTER, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION APPEAL BOARD, Respondent.**

Supreme Court of Pennsylvania.

April 30, 1996.

Edward E. McGinley, Janice G. Barone, Pittsburgh, for Petitioner.

### ORDER

PER CURIAM:

AND NOW, this 30th day of April, 1996, the Petition for Allowance of Appeal is hereby GRANTED, limited to the issue of willful misconduct from the unemployment compensation claimant's being under the influence of a drug.

NEWMAN, J., did not participate in the consideration or decision of this matter.